UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2012 JUN 13 PM 3: 04

U.S. DISTRICT COURT
E DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LINDA ANGELIC

　　　Plaintiff,

　　　vs.

CASE NO.: 6:12-CV-894-ORL-37DAB

GC SERVICES LIMITED PARTNERSHIP
JOHN DOES 1-10 and JANE DOES 1-10

　　　Defendant(s)

---

**PLAINTIFF'S VERIFIED COMPLAINT AND
DEMAND FOR JURY TRIAL**

　　　COMES NOW the Plaintiff, Linda Angelic (hereinafter 'Plaintiff'), by and through the undersigned attorney, Katie M. Stone, and for Plaintiff's Complaint against Defendant(s) GC Services Limited Partnership, Defendant(s), John Does 1-10; and Defendant(s) , Jane Does 1-10 (hereinafter "Defendant(s)"), and alleged and affirmatively states as follows:

## I.　　INTRODUCTION

1.　　This is an action for actual and statutory damages brought by Plaintiff, an individual consumer, against Defendant(s), for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and also out of the invasions of Plaintiff personal privacy by these Defendant(s) and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

## II.　　JURISDICTION

2.　　Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Venue in this District is proper in that the conduct complained of occurred here.

VERIFIED COMPLAINT

## III.   PARTIES

3.   Plaintiff is a consumer, a natural person with a permanent residence in Brevard County, Melbourne in the state of Florida.

4.   Defendant, GC Services Limited Partnership is a foreign limited partnership engaged in the business of collecting debt in this state with its principal place of business located in Harris County at 6330 Gulfton St., Suite 300, Houston, Texas 77081. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5.   Defendant(s) John Does 1-10 (hereinafter "Defendant(s)") are natural person(s) who were employed by Defendant(s) as collection agents, whose identities are currently unknown to Plaintiff. Defendant(s) are "debt collectors" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6). One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

6.   Defendant(s) Jane Does 1-10 (hereinafter "Defendant(s)") are natural person(s) who was employed by Defendant(s) as collection agents, whose identities are currently unknown to Plaintiff. Defendant(s) are "debt collectors" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6). One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

7.   Defendant(s) is engaged in the collection of debts from consumers using the mail and telephone. Defendant(s) regularly attempt to collect consumer debts alleged to be due to another. Defendant(s) are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.   FACTUAL ALLEGATIONS

8.   Upon information and belief, within one year prior to the filing of this complaint, Defendant called Plaintiff, displaying the intent to harass and annoy her, seeking and demanding payment for an alleged consumer debt owed under an account number.

9.   The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

VERIFIED COMPLAINT

10. Within one (1) year preceding the date of this Complaint, Defendant began contacting the Plaintiff in an attempt to collect an alleged debt.

11. Upon information and belief, within one year from the filing of this complaint, Defendant called Plaintiff, and threatened to garnish her wages itself, when upon information and belief, Defendant cannot itself garnish her wages, and at the most in regards to federal student loans can only assist the government in the overall garnishment process.

12. Upon information and belief, Defendant made false and/or misleading statements to make Plaintiff think that it was the government itself.

13. Defendant utilized unfair and unconscionable means to collect on Plaintiffs alleged debt, by lying to and/or misleading Plaintiff as mentioned above, and by calling her at work after having reason to know such calls inconvenienced her.

14. Defendant has continued to call Plaintiff while she works even after Plaintiff has told Defendant that such calls inconvenience her.

15. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

16. Defendant's illegal abusive collection communications as more fully described above were the direct and proximate cause of severe emotional distress on the part of Plaintiff.

## V.    CLAIM FOR RELIEF

17. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

18. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

    (a) Defendant violated §1692f of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

    (b) Defendant violated §1692e(10) of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

    (c) Defendant violated §1692e(2)(B) of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

    (d) Defendant violated §1692e(5) of the FDCPA by threatening to take action that it did not intend to take; and

VERIFIED COMPLAINT

(e) Defendant violated *§1692d(5)* of the FDCPA by causing Plaintiff's telephone to ring continuously with intent to annoy, abuse, or harass, the natural consequence of which was to harass, oppress and/or abuse Plaintiff; and

(f) Defendant violated *§1692a(3)* by calling Plaintiff's place of employment with knowledge or the reason to know that the consumer's employer prohibits the consumer from receiving such communication, without the prior consent of Plaintiff given directly to Defendant or the express permission of a court of competent jurisdiction.

19. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

20. As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff, Linda Angelic, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

21. As a result of the foregoing violations of the FDCPA, Defendant(s) is liable to the Plaintiff for declaratory judgment that Defendant(s) conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully request that judgment be entered against each Defendant(s) for the following:

A.  Actual damages from each Defendant(s) pursuant to 15 U.S.C. § 1692k(a)(1) for the emotional distress suffered as a result of the intentional and/or negligent FDCPA violations for Plaintiff, and from each Defendant(s) for intentional and/or negligent invasions of privacy in an amount to be determined at trial and for Plaintiff.

B.  Statutory damages of $1000.00 from each Defendant(s) pursuant to 15 U.S.C. § 1692k(a)(2)(A).

C.  Costs and reasonable attorney fees from each Defendant(s), for Plaintiff pursuant to 15 U.S.C. § 1692k(a)(3).

D.  For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,

By: _____

VERIFIED COMPLAINT

Katie M. Stone
Fla Bar No.: 74194
Consumer Rights Law Firm
2 Dundee Park, Suite 201
Andover, Massachusetts, 01810
Phone: (978) 420-4747
Fax: (888)-712-4458
attorneykaties@consumerlawfirmcenter.com
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE, that Plaintiff, LINDA ANGELIC, hereby demands trial by jury in this action.

VERIFIED COMPLAINT